HOCHSTEIN v. SCHLANGER. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Anna Hochstein against Solomon Schlanger. No opinion. Motion granted; questions certified; order filed. See, also, 134 N. Y. Supp. 704.

HOCHSTEIN v. VANDERVEER CROSSINGS (two cases). (Supreme Court, Appellate Division, First Department. May 10, 1912.) Actions by Louis Hochstein against the Vanderveer Crossings. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 134 N. Y. Supp. 952.

HOFFMAN, Appellant, v. BONERT, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1912.) Action by Matilda Hoffman against Lucile C. Bonert. No opinion. Order unanimously affirmed, with costs. See, also, 129 N. Y. Supp. 1127.

HOFFSTAETTER, Appellant, v. SCHINKEL et al., Respondents. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Lillian E. Hoffstaetter against Charles G. Schinkel and others. U. W. Tompkins, for appellant. R. Stout, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

HOLMAN, Respondent, v. GILLEN, Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Frank C. Holman against John J. Gillen. L. F. Fish, for appellant. W. A. Jones, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HOLYWELL. (Supreme Court, Appellate Division, Second Department. May 24, 1912.) In the matter of Effingham L. Holywell, an attorney. No opinion. Motion granted, without costs. See, also, 134 N. Y. Supp. 1135.

HOOKS, Appellant, v. CITY OF UTICA, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Thomas J. Hooks against the City of Utica. No opinion. Judgment affirmed, with costs. Motion for leave to appeal to Court of Appeals denied, infra. See, also, 145 App. Div. 902, 129 N. Y. Supp. 1128.

HOOKS, Appellant, v. CITY OF UTICA, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) Action by Thomas J. Hooks against the City of Utica. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see supra.

HOPPER v. WILLCOX et al. (Supreme Court, Appellate Division, Second Department.

May 1, 1912.) Action by John J. Hopper against William R. Willcox and others. No opinion. Hearing set down for Tuesday, May 14, 1912, at 1 p. m. See, also, 135 N. Y. Supp. 384.

HOTCHKISS, Respondent, v. BROOME, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Clarence F. Hotchkiss against Mary Josephine Broome, appearing by Thornton J. Theall, her guardian ad litem.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

LYON, J., not sitting.

In re HOVEY. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) In the matter of the certificate of nomination of Jerome B. Hovey, Jr., for the office of superintendent of highways of the town of Lindley, Steuben county, N. Y. No opinion. Appeal dismissed, without costs, upon stipulation filed.

HOWARD, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Eugene Howard against John A. Smith. No opinion. Order affirmed, with costs.

LYON, J., not sitting.

HOWARD ESTATES DEVELOPMENT CO., Respondent, v. VALENTINE et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by the Howard Estates Development Company against Benjamin E. Valentine and others. No opinion. Motion denied, with costs.

HOWELL, Respondent, v. HEINZ et al., Appellants. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Anita Howell against Otto C. Heinz and others. F. Bien, for appellants. B. N. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed

In re HUGHES. (Supreme Court, Appellate Division, First Department. April 26, 1912.) In the matter of C. Von Oden Hughes. No opinion Referred to official referee. Settle order on notice.

HULBERT, Appellant, v. VILLAGE OF EAST SYRACUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Almira D. Hulbert against the Village of East Syracuse. No opinion. Motion for reargument denied. Motion for leave to appeal to Court of Appeals (from 134 N. Y. Supp. 1135) denied.

HUMBOLDT EXPLORATION CO. v. FRITSCH. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Ac-